# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ANIL KANCHARLA; ANILA SEELAMGARI; APARNA KADARI; CHAKRAPANI PASUPULEETI; DEEPIKA BOOJALA; GEETHA CHAPPALI; HAREESH GAVINI; JAYAKRISHNA GORANTLA; KRISHNA COLLURU; LAKSHMANA REKHA OBHILINENI; LAXMI NUGOORU; MADHAVA ANUGU; MADHUSDHAN GORANTLA; NIBU PAUL; NIRMALA BATTINAPATLA; PRAJEESH NADOOLI; PRASANNA KUMAR PENUMALA; PRITHVIDER JAVAJI; PUSHPA KONAKALA; RAGHU B KAMAROUTHU; RAJANI PADURU; RAMESH NAIDU DASYAM; RAVI MIDDA; RAVINDRANATH MANGALAGIRI; SACHIN BEHL; SANJEEV K CHANDA; SATEESH CHINTA; SMRUTHI PURELLI; SREENIVASULU UPPARI PASHANAM; SRINIVASA PENDURTHI; SUNEEL KANCHARLA; SURESH ADUSUMILLI; SURESH PALADUGU; UMA KARNATI; UMAMAHESWARARAO NIZAMPATNAM; VANI AMBATI DAMODARAM; VARALAKSHMI ADIPUDI; VENKATA CHINTA; VENKATA MALLIPEDDI; VENKATESWARA CHITTEPU; and VINAY GUNDALA, <br><br>                Plaintiffs, <br><br>        v. <br><br> WILLIAM PULTE; and THE FEDERAL NATIONAL MORTGAGE ASSOCIATION <br><br>                Defendants. | Civil Case No.: _____ <br><br> **DEFENDANT THE FEDERAL NATIONAL MORTGAGE ASSOCIATION'S NOTICE OF REMOVAL** |

## DEFENDANT THE FEDERAL NATIONAL MORTGAGE ASSOCIATION'S NOTICE OF REMOVAL

Without submitting to the jurisdiction of this Court, and without waiving any available defenses, including without limitation lack of jurisdiction and improper venue, Defendant The Federal National Mortgage Association ("Fannie Mae"), by and through counsel, with the consent of Defendant William Pulte, hereby removes this action from the Circuit Court of Fairfax, Virginia, where it is pending as Case No.: CL-2025-0011995, to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

## BACKGROUND

1. On or about August 12, 2025, Plaintiffs Anil Kancharla, Anila Seelamgari, Aparna Kadari, Chakrapani Pasupuleeti, Deepika Boojala, Geetha Chappali, Hareesh Gavini, Jayakrishna Gorantla, Krishna Colluru, Lakshmana Rekha Obhilineni, Laxmi Nugooru, Madhava Anugu, Madhusdhan Gorantla, Nibu Paul, Nirmala Battinapatla, Prajeesh Nadooli, Prasanna Kumar Penumala, Prithvider Javaji, Pushpa Konakala, Raghu B Kamarouthu, Rajani Paduru, Ramesh Naidu Dasyam, Ravi Midda, Ravindranath Mangalagiri, Sachin Behl, Sanjeev K Chanda, Sateesh Chinta, Smruthi Purelli, Sreenivasulu Uppari Pashanam Srinivasa Pendurthi, Suneel Kancharla, Suresh Adusumilli, Suresh Paladugu, Uma Karnati, Umamaheswararao Nizampatnam, Vani Ambati Damodaram, Varalakshmi Adipudi, Venkata Chinta, Venkata Mallipeddi, Venkateswara Chittepu, and Vinay Gundala filed this lawsuit in the Circuit Court of Fairfax, Virginia. The Complaint (attached as **Exhibit 1**), names William Pulte, Director of the Federal Housing Finance Agency and Chairman of the Board of Directors of Fannie Mae, and Fannie Mae as Defendants.

2. The Complaint alleges that Defendants engaged in defamation *per se* and defamation by implication against Plaintiffs.

## DIVERSITY JURISDICTION

3. Upon information and belief, at the time Plaintiffs commenced this action and at all times since, Plaintiffs, with the exception of Nibu Paul, are residents of the Commonwealth of Virginia, and Nibu Paul is a resident of the State of Texas. *See* Exhibit 1 at 3.

4. Defendant William Pulte is a resident of the State of Florida. *See* Quinn Decl., Ex. A.

5. Defendant Fannie Mae is a federally charged corporation with its principal place of business in the District of Columbia. *See* 12 U.S.C. § 1717(a)(2)(B) (Fannie Mae "shall maintain its principal office in the District of Columbia or the metropolitan area thereof and shall be deemed, for purposes of jurisdiction and venue in civil actions, to be a District of Columbia corporation."). For purposes of diversity jurisdiction, Fannie Mae is therefore a citizen of the District of Columbia.

6. No Defendant is a resident of the Commonwealth of Virginia.

7. Because Plaintiffs are citizens of Virginia and Texas, and Defendants are citizens of Florida and the District of Columbia, there is complete diversity of jurisdiction in the action.

8. Plaintiffs seek "not less than $1,000,000.00 per Plaintiff" in compensatory damages, along with "punitive damages in the amount of $350,000.00." Exhibit 1 at 10. Defendants therefore satisfy the amount-in-controversy threshold for diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

9. Accordingly, this Court has original jurisdiction over Plaintiffs' claims under 28 U.S.C. § 1332, which provides that "district courts shall have original jurisdiction over all civil

actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different states." 28 U.S.C. § 1332(a)(1).

## PROCEDURAL REQUIREMENTS

10. This Notice of Removal is timely because it is "filed within 30 days after the receipt by [Defendants], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

11. Removal to this Court is proper because this District encompasses the Circuit Court of Fairfax, Virginia, the forum from which the case has been removed. 28 U.S.C. § 1441(a).

12. Defendant Fannie Mae files this Notice of Removal, and Defendant William Pulte consents to removal, *see* Quinn Decl., Ex. A, so there are no other defendants who must consent to removal under 28 U.S.C. § 1446(b)(2).

13. Under 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendants will file a copy of this Notice of Removal with the clerk of the Circuit Court of Fairfax, Virginia (attached as **Exhibit 2**), and will serve a copy upon Plaintiffs.

14. Upon information and belief, Exhibit 1 and Exhibit 2 contain the entire file of the action pending in the state court. 28 U.S.C. § 1446(a).

15. Defendants reserve the right to assert any and all defenses to the Complaint and further reserve the right to amend or supplement this Notice of Removal.

16. Nothing in this Notice of Removal constitutes a waiver or admission of any allegation, defense, argument, or principle of equity available to Defendants.

## CONCLUSION

17.    WHEREFORE, Defendant Fannie Mae, with the consent of Defendant William Pulte, respectfully removes this matter to this Court under 28 U.S.C. §§ 1332, 1441, and 1446. Should any questions arise as to the propriety of removal of this action, Defendants request the opportunity to brief any disputed issues and to present oral argument in support of their position.

Dated: September 15, 2025                             **O'MELVENY & MYERS LLP**

/s/ *Brian P. Quinn*

Meaghan VerGow*
mvergow@omm.com
Brian P. Quinn (VSB No. 90997)
bquinn@omm.com
1625 Eye Street NW, 10th Floor
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

Leah Godesky*
lgodesky@omm.com
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

* *pro hac vice* forthcoming

*Attorneys for Defendant The Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

     I certify that, on September 15, 2025, a true and correct copy of the foregoing was sent via U.S. mail and email to the following:

Milton C. Johns
mjohns@xlppllc.com
Executive Law Partners, LLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030

/s/ *Brian P. Quinn*

Brian P. Quinn (VSB No. 90997)
bquinn@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW, 10th Floor
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorney for Defendant The Federal National Mortgage Association*