UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANIL KANCHARLA; ANILA SEELAMGARI; APARNA KADARI; CHAKRAPANI PASUPULEETI; DEEPIKA BOOJALA; GEETHA CHAPPALI; HAREESH GAVINI; JAYAKRISHNA GORANTLA; KRISHNA COLLURU; LAKSHMANA REKHA OBHILINENI; LAXMI NUGOORU; MADHAVA ANUGU; MADHUSDHAN GORANTLA; NIBU PAUL; NIRMALA BATTINAPATLA; PRAJEESH NADOOLI; PRASANNA KUMAR PENUMALA; PRITHVIDER JAVAJI; PUSHPA KONAKALA; RAGHU B KAMAROUTHU; RAJANI PADURU; RAMESH NAIDU DASYAM; RAVI MIDDA; RAVINDRANATH MANGALAGIRI; SACHIN BEHL; SANJEEV K CHANDA; SATEESH CHINTA; SMRUTHI PURELLI; SREENIVASULU UPPARI PASHANAM; SRINIVASA PENDURTHI; SUNEEL KANCHARLA; SURESH ADUSUMILLI; SURESH PALADUGU; UMA KARNATI; UMAMAHESWARARAO NIZAMPATNAM; VANI AMBATI DAMODARAM; VARALAKSHMI ADIPUDI; VENKATA CHINTA; VENKATA MALLIPEDDI; VENKATESWARA CHITTEPU; and VINAY GUNDALA,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA; and THE FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>    Defendants. | Civil Case No.: 1:25-cv-01540-PTG-WBP<br><br>**DEFENDANT THE FEDERAL NATIONAL MORTGAGE ASSOCIATION'S NOTICE OF MOTION TO DISMISS** |

Defendant the Federal National Mortgage Association respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the claims against it. The bases for Defendant's motion are set forth in the accompanying Memorandum of Law.

| | |
|---|---|
| Dated: November 5, 2025 | **O'MELVENY & MYERS LLP** |
| | /s/ *Brian P. Quinn* |
| | Meaghan VerGow* |
| | mvergow@omm.com |
| | Brian P. Quinn (VSB No. 90997) |
| | bquinn@omm.com |
| | 1625 Eye Street NW, 10th Floor |
| | Washington, D.C. 20006 |
| | Telephone: +1 202 383 5300 |
| | Facsimile: +1 202 383 5414 |
| | |
| | Leah Godesky* |
| | lgodesky@omm.com |
| | 1301 Avenue of the Americas, Suite 1700 |
| | New York, NY 10019 |
| | Telephone: +1 212 326 2000 |
| | Facsimile: +1 212 326 2061 |
| | |
| | * *pro hac vice* |
| | |
| | *Attorneys for Defendant The Federal National Mortgage Association* |

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Milton C. Johns
mjohns@xlppllc.com
Executive Law Partners, LLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030

Dennis C. Barghaan, Jr.
dennis.barghaan@usdoj.gov
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

/s/ *Brian P. Quinn*

Brian P. Quinn (VSB No. 90997)
bquinn@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW, 10th Floor
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorney for Defendant The Federal National Mortgage Association*