UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ANIL KANCHARLA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 1:25-cv-01540-PTG-IDD |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedures, the Plaintiffs Anil Kancharla, et al. ("Plaintiffs"), by and through undersigned counsel, voluntarily dismiss all claims against Defendant the United States of America as the Substituted Party for William Pulte without prejudice in the Complaint in the above-captioned action against Defendant.

No Defendant has filed an answer or Motion for Summary Judgment in this matter. This case does not involve a class action subject to FRCP 23 or a derivative suit subject to FRCP 23.1. No federal or state court action based on or including the same claim has been previously dismissed by Plaintiffs.

Respectfully Submitted,

/s/ Milton C. Johns
Milton C. Johns, Esq., VA Bar No. 42305
**Executive Law Partners, PLLC**
11130 Fairfax Blvd., Suite 303
Fairfax, Virginia 22030
mjohns@xlpllc.com
Telephone: (571) 500-1010
Facsimile: (571) 408-8102
*Counsel for Anil Kancharla, et al.*