IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANIL KANCHARLA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE FEDERAL NATIONAL MORTGAGE ) | 1:25-cv-1540 (LMB/IDD) |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

For the reasons stated in open court, defendant's Motion to Dismiss, [Dkt. No. 15], is GRANTED, and it is hereby

ORDERED that plaintiffs' Complaint, [Dkt. No. 1], be and is DISMISSED WITHOUT PREJUDICE to plaintiffs' ability to refile within 14 days an amended complaint, which consolidates the claims alleged in this civil action and its companion civil action, 1:25-cv-1539.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 23rd day of January, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge