UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANIL KANCHARLA, et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>THE FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION, et al.,<br><br>                  Defendants. | Civil Case No.: 1:25-cv-01540-LMB-IDD<br><br>Requested Hearing Date: April 10, 2026 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, April 10, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant The Federal National Mortgage Association ("Defendant"), through undersigned counsel, shall appear before this Honorable Court to be heard on its Motion to Dismiss the First Amended Complaint for Failure to State a Claim (the "Motion"). Counsel have conferred in a good-faith effort to narrow the areas of disagreement on the Motion prior to Defendant's scheduling of the Motion for hearing.

1

Dated: March 2, 2026

Respectfully submitted,

**O'MELVENY & MYERS LLP**

/s/ *Brian P. Quinn*

Meaghan VerGow*
mvergow@omm.com
Brian P. Quinn (VSB No. 90997)
bquinn@omm.com
1625 Eye Street NW, 10th Floor
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

Leah Godesky*
lgodesky@omm.com
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

* admitted *pro hac vice*

*Attorneys for Defendant The Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Milton C. Johns
mjohns@xlpllc.com
Executive Law Partners, LLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030

Dennis C. Barghaan, Jr.
dennis.barghaan@usdoj.gov
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

/s/ *Brian P. Quinn*

Brian P. Quinn (VSB No. 90997)
bquinn@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW, 10th Floor
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorney for Defendant The Federal National Mortgage Association*

3