IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANIL KANCHARLA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE FEDERAL NATIONAL MORTGAGE | ) | 1:25-cv-1540 (LMB/IDD) |
| ASSOCIATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in open court, defendant the United States of America's ("United States") Motion to Dismiss Amended Complaint, [Dkt. No. 37], and defendant The Federal National Mortgage Association's ("Fannie Mae") Motion to Dismiss First Amended Complaint, [Dkt. No. 39], are GRANTED; and it is hereby

ORDERED that plaintiffs' Amended Complaint, [Dkt. No. 29], be and is DISMISSED WITHOUT PREJUDICE as to the United States for lack of subject matter jurisdiction, and DISMISSED as to Fannie Mae for failure to state a claim.

The Clerk is directed to enter judgment in favor of defendants pursuant to Fed. R. Civ. P. 58, forward copies of this Order to counsel of record, and close this civil action.

Entered this _10_ day of April, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge